UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:09-mj-699-RJJ |
| --- | --- |
| Plaintiff, | ~~PROPOSED~~ **ORDER** |
| vs. | |
| CHRISTOPHER CANNON, | |
| Defendant. | |

Based on the above points and authorities and good cause appearing therefore, the **UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION** is hereby granted. **IT IS HEREBY ORDERED** that the term of probation be terminated.

DATED this  25th  day of     April     , 2012.

_____
UNITED STATES MAGISTRATE JUDGE